AND NOW, THIS 10th DAY OF
Nov 08, IT IS HEREBY
ORDERED THAT Petitioner's
MOTION IS DENIED.

/s/ Gary L. Lancaster
GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE

# MOTION TO RECONSIDER ORDER - 08-1499

In Judge Gary Lancaster order, He Rule that the within case, was Frivolous, and the case fails to state a claim on which Relief may be Grant, and that the action seeks monetary relief against a defedant, who is immune from such Relief, Plaintiff Argument, is

1. All defendants that has been filed in this within cas can not be sheilded on Immune, and they should remain as defendant in this case,

2. This case is in know way Frivolous, Because of the number of defendants that is involved, Thee defendants did conspire and existence of a massive conspiracy of Corruption against the 3rd East Hills Development. Thee defendant did work Inconnection to monoplize. The entire community and enforce an immediate forcloser on the Shareholder, Thee defendant did discriminate against the plaintiff and resident The evidence speakes for its self exhibit(s) The plan to take over the community.

3. How can Police Officer and Judge's can be Sheilded on The Abasulot ground of Judicial Immunity, But The Cheif President of United State's can't. This is diffently. a Question That need To be Brought Befor The Supreme Court's, I Ask This Honorable Court To Review The Evidence That Has been brought befor This Court, To Reconize we Have law Enforcement Agency, Eleted official. That Have Discriminated, and Conspried an Apartner Ship To Committ A Genizie Against The Peoples, In my Appenien. Our City Council woman. Twanda Carelize, Has Not Done Nothing Conpared To what Thee Partner have Done. Please Review Exhibit (E) There Plan and all The Partner's, I Ask This Honorable Court To Please Review and look over Exhibit (E) To Reconsider Thee Defendant To Answer for what they Have Done, Outreagiaus.

Respectfully Submitted
Tonoly Gorly
11-7-08.